United States District Court
Southern District of Texas
**ENTERED**
October 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § | CRIMINAL ACTION NO. 3:02-CR-10 |
| MIKHAEL CHARLES DORISE | § § § § | |

## ORDER

Mikhael Charles Dorise is a federal prisoner who has filed a motion requesting the appointment of counsel to help him seek authorization from the Fifth Circuit to mount a successive collateral attack on his sentence. *See* 28 U.S.C. § 2255(h). When this case was reassigned to the undersigned judge (Dkt. 348), the Fifth Circuit had already considered Dorise's request for authorization on the merits and denied it. *See* Fifth Circuit Case Number 16-40710. The Court **DENIES** Dorise's motion (Dkt. 347) as moot.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on _October 17_, 2016.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE